

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00796-CV

James **RAMIREZ**,
Appellant

v.

**THE BANK OF NEW YORK MELLON** f/k/a The Bank of New York,
as Successor in Interest to JP Morgan Chase Bank, N.A.,
as Indenture Trustee for the New Castle Mortgage Securities Trust 2006-1,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04931
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against appellant James Ramirez.

SIGNED February 8, 2017.

_____
Patricia O. Alvarez, Justice